UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  -vs-<br><br>Sang-Hyun Park<br>a.k.a. "Jimmy"<br><br>  Defendant(s), | 12 CR 23 (KSH )<br><br>**ORDER OF REFERRAL** |

The defendant, <u>San-Hyun Park</u>, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge Patty Shwartz to administer the allocution pursuant to Fed.R.Cr.P. 11 and to make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

SO ORDERED.

_____
United States District Judge

Dated: 1/9/12

CONSENTED TO:

_____
Defendant (signature)

_____
Attorney for Defendant (signature)